**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BRENTT M. SHERWOOD** | : | |
| **Petitioner** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 1:10 CV 01073** |
| | : | |
| **JEFFREY BEARD, Commissioner,** | : | |
| **Pennsylvania Department of** | : | **(JUDGE CONNER)** |
| **Corrections,** *et al.* | : | |
| **Respondents** | : | |

## O R D E R

AND NOW, this 27th day of August, 2010, *sua sponte*, the Order of August 18, 2010, is hereby modified as follows: the Federal Community Defender Office for the Eastern District of Pennsylvania, Capital Habeas Corpus Unit is hereby removed from appointment in this case.

Enid W. Harris, Esquire, is appointed in their stead. Ms. Harris will represent Petitioner along with Anne L. Saunders, Esquire, of the Federal Public Defender Office for the Middle District of Pennsylvania, Capital Habeas Unit. The remainder of the August 18, 2010, Order shall remain in full force and effect.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

cc:    All counsel of record